FILED'06 OCT 10 10:48USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CRAIG RICHERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 05-1931-JE |
| v. ) | |
| ) | O R D E R |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Phil Studenberg
200 Pine Street
Klamath Falls, Oregon 97601

  Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

Page 1 - ORDER

Carol A. Hoch
Special Assistant United States Attorney
Office of General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on September 11, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderk's Findings and Recommendation (#14).

IT IS HEREBY ORDERED that the court AFFIRMS the decision of the Commissioner.

DATED this 6th day of October, 2006.

                                                 _____
                                                 GARR M. KING
                                                 United States District Judge